IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
AT MEMPHIS

FILED BY _____ D.C.

05 AUG -1  AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNION REALTY COMPANY, LTD.,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.

No. 98-2642-B
Judge Breen

## ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE

Upon Joint Motion of the parties through counsel, the Court hereby continues both the pretrial conference and the trial of this matter currently set for August 9 and 15, 2005, respectively, to be reset by the Court.

ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

_____
JUDGE

DATE: July 31, 2005

APPROVED:

_____
RICHARD GLASSMAN #7815
Attorney for Plaintiff

_____
PARKS CHASTAIN #13744
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-1-05

125

## CERTIFICATE OF SERVICE

A true copy of the foregoing pleading has been served on counsel for adverse parties or individually this the 17 day of July, 2005.

_____
RICHARD GLASSMAN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:98-CV-02642 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Karen R. Cicala
LAW OFFICE OF KAREN CICALA
40 S. Main St.
Ste. 2300
Memphis, TN 38103

Parks T. Chastain
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT