FILED BY _____ D.C.

05 AUG 12 AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT AT MEMPHIS

UNION REALTY COMPANY, LTD.,

    Plaintiff,

v.                                                                              No. 98-2642-B

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

It appearing to the Court, as evidenced by signature of counsel to this cause, that the parties have agreed that Parks T. Chastain and the law firm of Brewer, Krause & Brooks has been substituted as counsel for the defendant, Nationwide Mutual Insurance Company, pursuant to the Agreed Order Of Substitution entered on April 23, 2004. The parties further agree that Jerry O. Potter and The Hardison Law Firm should be removed as attorney of record for Nationwide Mutual Insurance Company.

ORDER, ADJUDGED, AND DECREED that Jerry O. Potter and The Hardison Law Firm, P.C. be removed as attorney of record.

Entered this 11th day of August, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-12-05

(126)

APPROVED FOR ENTRY:

_____
RICHARD GLASSMAN
Registration No. 007815
Attorney for Plaintiff

_____
PARKS T. CHASTAIN
Registration No. 13744
Attorney for Defendant

_____
JERRY O. POTTER
Registration No. 4282
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 126 in case 2:98-CV-02642 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Parks T. Chastain
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Karen R. Cicala
LAW OFFICE OF KAREN CICALA
40 S. Main St.
Ste. 2300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT