FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 NOV 15  PM 2: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNION REALTY COMPANY, LTD.,**

     **Plaintiff,**

**v.**                                                      **Case No. 98-2642 D A**

**NATIONWIDE MUTUAL INSURANCE
COMPANY,**

     **Defendant**

---

### CONSENT ORDER GRANTING DEFENDANT UP TO AND INCLUDING NOVEMBER, 11 2005, WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL OPINION LETTERS

---

Upon the Motion for Extension and for good cause shown and by consent of the parties, the Motion to Extend the deadline for responding to the Plaintiff's Motion to Compel Opinion Letters is well taken and should be granted. The Defendant shall have up to and including November 11, 2005, within which to file a response to the Plaintiff's Motion to Compel Opinion Letters filed on or about October 18, 2005.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant's Motion by Consent for an Extension of Time Within Which to Respond to Plaintiff's Motion to Compel Opinion Letters is granted and the Defendant shall have up to and including November 11, 2005, within which to file a response to the Plaintiff's Motion to Compel Opinion Letters filed on or about October 18, 2005.

JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

November 7, 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:98-CV-02642 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David M. Hannah
BREWER KRAUSE BROOKS CHASTAIN & BURROW
P.O. Box 23890
Nashville, TN 37202--389

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Karen R. Cicala
LAW OFFICE OF KAREN CICALA
40 S. Main St.
Ste. 2300
Memphis, TN 38103

Parks T. Chastain
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

Honorable J. Breen
US DISTRICT COURT