IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNION REALTY COMPANY, LTD.,

    Plaintiff,

v.                                                       No. 98-2642-B/An

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant's Motion in Limine to Exclude any Testimony from Randy McKnight to Testify as to his Personal Opinion on the Construction of the Nationwide Mutual Insurance Company Insurance Policy at Issue filed on July 25, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 30th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/30/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:98-CV-02642 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Parks T. Chastain
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

David M. Hannah
BREWER KRAUSE BROOKS CHASTAIN & BURROW
P.O. Box 23890
Nashville, TN 37202--389

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Karen R. Cicala
LAW OFFICE OF KAREN CICALA
40 S. Main St.
Ste. 2300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT